1   KENNETH R. O'ROURKE, SBN 120144
    JEFF VANHOOREWEGHE, SBN 313371
2   MIKAELA E. EVANS-AZIZ, SBN 339283
    **WILSON SONSINI GOODRICH & ROSATI**
3   Professional Corporation
    One Market Plaza
4   Spear Tower, Suite 3300
    San Francisco, CA 94105
5   Telephone:    (415) 947-2000
    Facsimile:    (415) 947-2099
6   Email: korourke@wsgr.com
7           jvanhooreweghe@wsgr.com
           mevansaziz@wsgr.com
8

9   *Counsel for Plaintiffs Seagate Technology LLC,*
    *Seagate Technology (Thailand) Ltd., Seagate*
10   *Singapore International Headquarters Pte. Ltd.,*
     *and Seagate Technology International*
11

12   [Additional Counsel Listed on Signature Page]

13

14               **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>           3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| THIS DOCUMENT RELATES TO:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BY SEAGATE PLAINTIFFS AND TDK DEFENDANTS**<br><br>Hon. Maxine M. Chesney |

17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore

2  International Headquarters Pte. Ltd., and Seagate Technology International (collectively, "Seagate")

3  and Defendants TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc.,

4  Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd. (collectively,

5  "TDK"), by and through undersigned counsel, stipulate and agree that Seagate hereby dismisses

6  with prejudice all claims being asserted against TDK in the above-captioned actions pursuant to the

7  Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).  In support of this stipulation of

8  dismissal, the parties state as follows:

9      1.  Seagate and TDK seek the dismissal of this action against TDK with prejudice.

10     2.  This stipulation does not affect the rights or claims Seagate has or may have against any

11         other defendant or alleged co-conspirator in this litigation.

12     3.  Each party shall bear its own costs, expenses, and attorneys' fees.

13         WHEREFORE, the parties respectfully request that the Court issue the [Proposed] Order of

14  Dismissal.

15

16     **IT IS SO STIPULATED.**

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: April 5, 2022                    Respectfully submitted,

2

3                                          */s/ Kenneth R. O'Rourke*
                                           Kenneth R. O'Rourke
4                                          Jeff VanHooreweghe
                                           Mikaela E. Evans-Aziz
5                                          **WILSON SONSINI GOODRICH & ROSATI**
                                           Professional Corporation
6                                          One Market Plaza
                                           Spear Tower, Suite 3300
7                                          San Francisco, CA 94105
                                           Telephone:     (415) 947-2000
8                                          Facsimile:     (415) 947-2099
                                           Email: korourke@wsgr.com
9                                                  jvanhooreweghe@wsgr.com
                                                   mevansaziz@wsgr.com
10

11                                         *Counsel for Plaintiffs Seagate Technology LLC,*
                                           *Seagate Technology (Thailand), Ltd., Seagate*
12                                         *Singapore International Headquarters Pte. Ltd.,*
                                           *and Seagate Technology International*
13

14

15                                         */s/ J. Clayton Everett, Jr.*
                                           J. Clayton Everett, Jr. (*pro hac vice*)
16                                         **MORGAN, LEWIS & BOCKIUS LLP**
                                           1111 Pennsylvania Ave., NW
17                                         Washington, DC 20004
                                           Telephone:     (202) 739-5860
18                                         Facsimile:     (202) 739-3001
                                           clay.everett@morganlewis.com
19

20                                         Michelle Park Chiu
                                           One Market, Spear Street Tower
21                                         San Francisco, CA 94105
                                           Telephone:     (415) 442-1000
22                                         Facsimile:     (415) 442-1001
                                           michelle.chiu@morganlewis.com
23

24                                         *Counsel for Defendants TDK Corporation,*
                                           *Hutchinson Technology Inc., Headway*
25                                         *Technologies, Inc., Magnecomp Precision*
                                           *Technology Public Co., Ltd., and SAE Magnetics*
26                                         *(H.K.) Ltd.*

27

28

AMENDED STIPULATION AND [PROPOSED] ORDER          2                    3:19-md-02918-MMC
OF DISMISSAL WITH PREJUDICE BY SEAGATE                                 3:20-cv-01217-MMC
PLAINTIFFS AND TDK DEFENDANTS

1

## **ATTORNEY ATTESTATION**

2      I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the

3 Northern District of California, that the concurrence to the filing of this document has been obtained

4 from each signatory hereto.

5

6 Dated: April 5, 2022                              */s/ Kenneth R. O'Rourke*
                                                    Kenneth R. O'Rourke

7
                                                    *Counsel for Plaintiffs Seagate Technology LLC,*
8                                                   *Seagate Technology (Thailand), Ltd., Seagate*
                                                    *Singapore International Headquarters Pte. Ltd.,*
9                                                   *and Seagate Technology International*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          Pursuant to stipulation and upon good cause, the Court ORDERS the following:

3          Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), all claims asserted

4   in the above-captioned actions by Plaintiffs Seagate Technology LLC, Seagate Technology

5   (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology

6   International (collectively, "Seagate") against Defendants TDK Corporation, Hutchinson

7   Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd.,

8   and SAE Magnetics (H.K.) Ltd. (collectively, "TDK") are DISMISSED WITH PREJUDICE.  This

9   dismissal does not affect the rights or claims Seagate has or may have against any other defendant

10  or alleged co-conspirator in this litigation.  Each party shall bear its own costs and attorney's fees.

11

12          **IT IS SO ORDERED.**

13

14

15  Dated: _____

16

17                                                    _____

18                                                    Hon. Maxine M. Chesney
                                                      United States District Judge
19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND [PROPOSED] ORDER          4                    3:19-md-02918-MMC
OF DISMISSAL WITH PREJUDICE BY SEAGATE                                 3:20-cv-01217-MMC
PLAINTIFFS AND TDK DEFENDANTS

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2022, the foregoing document was filed with the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 5, 2022

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*