| | |
|---|---|
| KENNETH R. O'ROURKE, SBN 120144<br>JEFF VANHOOREWEGHE, SBN 313371<br>MIKAELA E. EVANS-AZIZ, SBN 339283<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: korourke@wsgr.com<br>Email: jvanhooreweghe@wsgr.com<br>Email: mevansaziz@wsgr.com | CRAIG Y. LEE (*pro hac vice*)<br>CARTER C. SIMPSON (*pro hac vice*)<br>ALEXANDRA GLAZER, SBN 335183<br>**PAUL HASTINGS LLP**<br>2050 M Street, N.W.<br>Washington, DC 20036<br>Telephone: (202) 551-1700<br>Facsimile: (202) 551-1705<br>Email: craiglee@paulhastings.com<br>cartersimpson@paulhastings.com<br>alexglazer@paulhastings.com |
| STEFFEN N. JOHNSON (*pro hac vice*)<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1700 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com | NAVI SINGH DHILLON, SBN 279537<br>**PAUL HASTINGS LLP**<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7080<br>Facsimile: (415) 856-7100<br>Email: navidhillon@paulhastings.com |
| *Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International* | *Counsel for Defendants NHK Spring Co., Ltd., NHK International Corp., NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR LETTER BRIEFS ON SEAGATE'S CHALLENGE UNDER STIPULATED PROTECTIVE ORDER (ECF NO. 136)**<br><br>Hon. Maxine M. Chesney |

1  WHEREAS, by letter on July 12, 2024, Seagate Plaintiffs[1] raised challenges under § 6 of
2  the Stipulated Protective Order (ECF No. 136) to certain of NHK Defendants'[2] confidentiality
3  designations, to which NHK Defendants responded on July 24, 2024;

4  WHEREAS, the parties continue to meet and confer and engage in good faith discussions,
5  and have not yet concluded that the meet and confer process will not resolve their dispute;

6  WHEREAS, pursuant to the Stipulated Protective Order, if the parties cannot resolve a
7  challenge to confidentiality designations without court intervention, the parties shall file and serve
8  simultaneous letter briefs within 28 days of the initial notice of the challenge or within 14 days of
9  the parties agreeing that the meet and confer process will not resolve their dispute, whichever is
10 earlier, *see* ECF No. 136 § 6.3.  As such, the parties' simultaneous letter briefs are currently due
11 on August 9, 2024;

12 WHEREAS, NHK Defendants and Seagate Plaintiffs (collectively, "Stipulating Parties")
13 have agreed to a modest extension of time for the parties to file simultaneous letter briefs on
14 Seagate Plaintiffs' challenges to NHK Defendants' confidentiality designations, should the
15 Stipulating Parties require court intervention to resolve the dispute.  The Stipulating Parties agree
16 that such an extension is necessary in light of their ongoing meet and confer efforts.

17 **IT IS HEREBY STIPULATED,** by the undersigned counsel on behalf of the
18 Stipulating Parties, that the Stipulating Parties' simultaneous letter briefs concerning Seagate
19 Plaintiffs' challenges to NHK Defendants' confidentiality designations under § 6 of the Stipulated
20 Protective Order shall be due on **August 29, 2024**, should the parties require court intervention to
21 resolve the dispute.

22 **IT IS SO ORDERED.**

23 Dated: August 9, 2024

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

[1] "Seagate Plaintiffs" refers collectively to Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International.

[2] "NHK Defendants" refers collectively to Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | |
| */s/ Kenneth R. O'Rourke* | */s/ Craig Y. Lee* |
| Kenneth R. O'Rourke | Craig Y. Lee (*pro hac vice*) |
| Jeff VanHooreweghe | Carter C. Simpson (*pro hac vice*) |
| Mikaela E. Evans-Aziz | Alexandra Glazer, SBN 335183 |
| **WILSON SONSINI GOODRICH & ROSATI** | **PAUL HASTINGS LLP** |
| Professional Corporation | 2050 M St NW |
| One Market Plaza | Washington, DC 20036 |
| Spear Tower, Suite 3300 | Telephone: (202) 551-1752 |
| San Francisco, CA 94105 | Facsimile: (202) 551-1705 |
| Telephone: (415) 947-2000 | Email:  craiglee@paulhastings.com |
| Facsimile: (415) 947-2099 |            cartersimpson@paulhastings.com |
| Email: korourke@wsgr.com |            alexglazer@paulhastings.com |
| Email: jvanhooreweghe@wsgr.com | |
| Email: mevansaziz@wsgr.com | Navi Singh Dhillon |
| | **PAUL HASTINGS LLP** |
| Steffen N. Johnson (admitted *pro hac vice*) | 101 California Street, 48th Floor |
| **WILSON SONSINI GOODRICH & ROSATI** | San Francisco, CA 94111 |
| Professional Corporation | Telephone: (415) 856-7080 |
| 1700 K Street NW | Facsimile: (415) 856-7100 |
| Washington, DC 20006 | Email:  navidhillon@paulhastings.com |
| Telephone: (202) 973-8800 | |
| Facsimile: (202) 973-8899 | *Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* |
| Email: sjohnson@wsgr.com | |
| | |
| *Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International* | |